UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Debbie Kuciver, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    - against -<br><br>KSF Acquisition Corporation,<br><br>      Defendant | 1:21-cv-05964 |

**NOTICE OF PLAINTIFF'S INTENT TO AMEND COMPLAINT**

1. On November 6, 2021, Plaintiff filed the Complaint. ECF No. 1.

2. On March 22, 2022, Defendant filed a Motion to Dismiss the Complaint. ECF No. 12.

3. Plaintiff will file an amended complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B) no later than April 12, 2022, 21 days after Defendant's Motion was filed.

Dated: March 29, 2022

                Respectfully submitted,

                Sheehan & Associates, P.C.
                /s/Spencer Sheehan
                Spencer Sheehan
                60 Cuttermill Rd Ste 409
                Great Neck NY 11021
                Tel: (516) 268-7080
                Fax: (516) 234-7800
                spencer@spencersheehan.com